A94A1398. GIRONE et al. v. CITY OF WINDER.
(467 SE2d 612)

BEASLEY, Chief Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *City of Winder v. Girone*, 265 Ga. 723 (462 SE2d 704) (1995), Divisions 1 and 2 of the decision in *Girone v. City of Winder*, 215 Ga. App. 822 (452 SE2d 794) (1994), are hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court. Division 3 of our earlier opinion is unaffected by the Supreme Court's decision.

*Judgment reversed. McMurray, P. J., Birdsong, P. J., Pope, P. J., Andrews, Johnson, Blackburn, Smith and Ruffin, JJ., concur.*

DECIDED JANUARY 24, 1996.

*Love & Willingham, Robert P. Monyak, Jane L. Sams*, for appellants.

*Smith, Currie & Hancock, Craig P. Siegenthaler, Dennis, Corry, Porter & Gray, R. Clay Porter, Ronald G. Polly, Jr., D. Jeffrey Grate, Mary P. Vilmos*, for appellee.